IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 13-cv-01006-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

SCOTT FENDER,

    Defendant.

---

**ORDER**
---

    Based upon the Stipulation of Dismissal with Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed March 4, 2014; docket #33], this case is **dismissed with prejudice** and all remaining deadlines and conference dates are hereby vacated. Each party will pay his or its own attorney's fees and costs.

    Dated at Denver, Colorado this 4th day of March, 2014.

                                          BY THE COURT:

                                          Michael E. Hegarty
                                          United States Magistrate Judge